Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

IN RE:

Martin David Jacks
Jennie Ann Jacks

**Debtors**

**CASE: 24-23670**

**CHAPTER 13**

**Hon. PEGGY HUNT**

Confirmation Hearing: 9/26/24  10:30 am

## TRUSTEE'S OBJECTION TO CONFIRMATION AND RECOMMENDATION OF DISMISSAL UNDER 1307(c) IF UNABLE TO RESOLVE

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to confirmation of the Debtor's plan and in support thereof represents as follows:

1. The Debtors filed a Chapter 13 petition for relief on July 24, 2024 and the First Meeting of Creditors under section 341 was held on August 22, 2024.

2. The Trustee was unable to conduct the 341 Meeting due to missing pleadings required by 11 U.S.C. § 521(a)(1)(B) and Bankr. Rule 1007(b)(1).  The 341 Meeting will need to be rescheduled.

WHEREFORE, the Trustee objects to confirmation of the Debtor's plan.  If the Debtors are unable to resolve the objection by the confirmation hearing, the Trustee will move to dismiss or convert the case.

Dated: August 28, 2024                    Lon A. Jenkins
                                          Chapter 13 Trustee


# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Objection to Confirmation was served on the following parties on August 29, 2024:


Martin David Jacks and Jennie Ann Jacks, 1737 Kerrybrooks Drive,Kaysville, UT  84037

Jennie Ann Jacks, 1737 Kerrybrooks Drive,Kaysville, UT  84037

DANE L. HINES, ECF Notification

                                          /s/ Jennifer Lundgreen