Dane L. Hines (#7886)
Attorney at Law
43 East 200 North
Provo, Utah 84606
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtor(s)

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | |
| | } | Case No. 24-23670 |
| Martin David Jacks | } | |
| Jennie Ann Jacks | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Hon. Peggy Hunt |

ORDER RE: DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO DISMISS
and
Motion to Extend Time for filing Documents and to Reschedule the 341 Meeting and Extend Deadlines to Object to Exemptions and Discharge , and  to Reschedule the Confirmation Hearing

Based upon debtor's objection and good cause appearing the Court hereby finds and orders as follows:

1. The Debtor's Objection to Trustee's Motion to Dismiss; (docket entry # 20) is sustained.

2. Trustee's Motion to Dismiss ( docket # 14)  is denied.

2. The deadline for filing Statements and Schedules, Ch 13 Plan, and pay advises is extended to 8/22/24 .

3. The 341 meeting shall be rescheduled and deadlines for objections to discharge and exemption extended  to 60 and 30 days respectively from the new 341 meeting date .

4. The Confirmation hearing shall be rescheduled to a date set by the clerk of the court and noticed with the rescheduled 341 meeting.

\\ End of Doc

CLERK'S CERTIFICATE OF SERVICE

I Hereby certify that on _____, a true and correct copy of the

ORDER RE: DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO DISMISS and Motion to Extend Time for filing Documents and to Reschedule the 341 Meeting and Extend Deadlines to Object to Exemptions and Discharge , and to Reschedule the Confirmation Hearing

were served via ECF or first class mail, and by certified mail where indicated, upon the persons listed below .

US TRUSTEES OFFICE, ECF

DANE L HINES, ECF

Lon A Jenkins
Ch 13 Trustee,      ECF

Martin David Jacks
Jennie Ann Jacks
1737 Kerrybrooks Drive
Kaysville, UT 84037

1st Class



_____Date _____
Clerk of the Court