**Form 228**[Notice of Filing Proof of Claim]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

Martin David Jacks and Jennie Ann Jacks
Debtor(s).

Case No. 24–23670 PH
Chapter 13

## NOTICE OF FILING PROOF OF CLAIM

Pursuant to Fed. R. Bankr. P. 3004, the Trustee/Debtor(s) has filed a claim on your behalf as follows:

Creditor Name: Tom Stuart
Claim Number: 19
Claim Date: 10/14/24
Claim Amount: $75,000.00

Dated: October 14, 2024

David A. Sime
Clerk of Court