**Form 228**[Notice of Filing Proof of Claim]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

Martin David Jacks and Jennie Ann Jacks
Debtor(s).

Case No. 24−23670 PH
Chapter 13

## NOTICE OF FILING PROOF OF CLAIM

Pursuant to Fed. R. Bankr. P. 3004, the Trustee/Debtor(s) has filed a claim on your behalf as follows:

Creditor Name: Tom Stuart
Claim Number: 19
Claim Date: 10/14/24
Claim Amount: $75,000.00

Dated: October 14, 2024

David A. Sime
Clerk of Court

United States Bankruptcy Court

District of Utah

In re:     Case No. 24-23670-PH

Martin David Jacks     Chapter 13

Jennie Ann Jacks

    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 2

Date Rcvd: Oct 15, 2024     Form ID: f228z     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Martin David Jacks, Jennie Ann Jacks, 1737 Kerrybrooks Drive, Kaysville, UT 84037-9601 |
| 12526750 | | Tom Stuart, 4104 Hidden Court, Bountiful, UT 84010 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2024 at the address(es) listed below:

**Name     Email Address**

Aaron M. Waite
    on behalf of Creditor Utah State Tax Commission aaronmwaite@agutah.gov

Chad S Pehrson
    on behalf of Creditor APG Financial cpehrson@kba.law exec_assistant_csp@kba.law

Dane L. Hines
    on behalf of Debtor Martin David Jacks budgetbankruptcyutah@gmail.com hinesdr68395@notify.bestcase.com

Dane L. Hines
    on behalf of Joint Debtor Jennie Ann Jacks budgetbankruptcyutah@gmail.com hinesdr68395@notify.bestcase.com

Hillary R. McCormack
    on behalf of Creditor Nationstar Mortgage LLC hillarym@hwmlawfirm.com

District/off: 1088-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 15, 2024 | Form ID: f228z | Total Noticed: 2

Lon Jenkins tr
    ecfmail@ch13ut.org  lneebling@ch13ut.org

United States Trustee
    USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 7