Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah**

| | |
|---|---|
| IN RE: | CASE: 24-23670 |
| Martin David Jacks<br>Jennie Ann Jacks | CHAPTER 13 |
| | HON. PEGGY HUNT |
| **Debtors** | Confirmation Hearing: November 19, 2024 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on November 19, 2024 10:30 am. The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to January 21, 2025, at 10:30 am.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on November 20, 2024.

DANE L. HINES, ECF Notification

AARON WAITE, UTAH STATE TAX COMMISSION, ECF NOTIFICATION

/s/ Pauline Thayne

## DESIGNATION OF PARTIES TO BE SERVED

Martin David Jacks & Jennie Ann Jacks, 1737 Kerrybrooks Drive, Kaysville, UT 84037

DANE L. HINES, ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION
AARON WAITE, UTAH STATE TAX COMMISSION, ECF NOTIFICATION