L. Mark Ferre 1065
Law Office of L. Mark Ferre
2150 S. 1300 E. Suite 120
Salt Lake City, UTAH 84106
Tel: (801) 274-9909
Fax: (801) 486-1198
E-mail: mferre1974@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re<br><br>Martin David Jacks and Jennie Ann Jacks<br><br>Debtor(s). | Bankruptcy Case No.: 24-23670<br><br>(Chapter 13)<br><br>Honorable Peggy Hunt |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

The matter before the Court is a *Motion for Relief from Automatic Stay* [Dkt. No. 68] (the "**Motion**"), filed by Capital One Auto Finance, a division of Capital One, N.A., requesting relief related to a 2015 Ford F-150 Extended Cab XLT EcoBoost 4WD 2.7L V6 Turbo, VIN 1FTEX1EP9FKD92504 (the "**Vehicle**"), under 11 U.S.C. § 362(d)(1) and (2). Notice of the Motion has been filed and properly served and no further notice is necessary. No objections to the Motion were filed.

**IT IS HEREBY ORDERED that:**

1.    The Motion is GRANTED;

2.    The automatic stay is hereby terminated as to Movant, its successors and/or assigns. Movant may proceed with its rights and remedies with respect to the Vehicle as provided by law and to exercise its contractual, state, and common law remedies;

3.    The Trustee shall make no further distribution on behalf of the Movant's secured claim; and

4.    Movant shall have 180 days from the entry of this Order to file an unsecured deficiency claim or such claim will be deemed to be paid in full for purposes of the Plan.

* * * END OF ORDER * *

## **DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing ORDER GRANTING MOTION FOR RELIEF FROM

AUTOMATIC STAY shall be served to the parties and in the manner designated below:

**By Electronic Service:** The parties of record in this case, as identified below, are registered

CM/ECF users.


- Dane L. Hines -budgetbankruptcyutah@gmail.com
- L. Mark Ferre - mferre1974@gmail.com
- Lon Jenkins - ecfmail@ch13ut.org
- United States Trustee - USTPRegion19.SK.ECF@usdoj.gov


**By U.S. Mail**- In addition to the parties of record receiving notice through the CM/ECF system,

the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).


Martin David Jacks
1737 Kerrybrooks Drive
Kaysville, UT 84037


Jennie Ann Jacks
1737 Kerrybrooks Drive
Kaysville, UT 84037