Dane L. Hines (#7886)
Attorney at Law
43 East 200 North
Provo, Utah 84606
Tel: 801-379-0300 Fax: (801) 375-2590
Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Utah**

_____

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | |
| | } | Case No. 24-23670 |
| Martin David Jacks | | |
| Jennie Ann Jacks | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | Hon. Peggy Hunt |

_____

### ORDER RE: DEBTORS' MOTION TO ALLOW LATE FILED CLAIM #20 OF GRID MARKET, LLC DBA GRID FUNDING
_____

Based upon debtor's motion and good cause appearing the Court hereby finds and orders as follows:

1. The date for the Debtor to file a claim on behalf of Grid is extended until December 4, 2024.

2. Debtor's motion to allow the late filed claim #20 of Grid Market, LLC DBA Grid Funding is granted.

3. Any disbursements by the Chapter 13 Trustees office on Claim #20 of Grid Market, LLC DBA Grid Funding will not begin until entry of this order granting the motion to allow the claim.

//end of document

DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing ORDER RE: DEBTORS' MOTION TO ALLOW LATE FILED CLAIM #20 OF GRID MARKET, LLC DBA GRID FUNDING shall be served on the parties in the manner designated below:

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P.5(B).


US Trustees Office, ECF

Dane L. Hines, ECF

Lon A. Jenkins
Ch 13 Trustee, ECF

Grid Market, LLC DBA Grid Funding
c/o Michael Scarpatti
500 Lovett Blvd, Suite 225
Houston, TX 77006

Martin David Jacks
Jennie Ann Jacks
1737 Kerrybrooks Drive
Kaysville, UT 84037