Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah**

| | |
|---|---|
| IN RE: | CASE: 24-23670 |
| Martin David Jacks<br>Jennie Ann Jacks | CHAPTER 13 |
| | HON. PEGGY HUNT |
| **Debtors** | Confirmation Hearing: January 21, 2025 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on January 21, 2025 10:30 am. The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record. Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to February 25, 2025, at 10:30 am.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan may be denied and the case may be dismissed at the continued confirmation hearing:

1. If the plan is not confirmed at the continued confirmation hearing, the case shall be dismissed.

2. If the case is dismissed pursuant to the Debtor(s)' non-compliance with any deadline(s) set in this order, Counsel shall be awarded total fees up to $2,500.00 to be paid from funds held by the Trustee in this case less any retainer disclosed on the Form 2030. If the case is not dismissed pursuant to the deadlines set in this order, no fees shall be deemed awarded and the Court will rule on fees in connection with a subsequent hearing or ruling in this case.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on January 22, 2025.

DANE L. HINES, ECF Notification

/s/ Pauline Thayne

### DESIGNATION OF PARTIES TO BE SERVED

Martin David Jacks & Jennie Ann Jacks, 1737 Kerrybrooks Drive, Kaysville, UT 84037

DANE L. HINES, ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION